# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

2003 NOV -4  A 11: 50

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| LINDA AKERMAN,<br>Plaintiff, | CIVIL ACTION NO.<br>301 CV 554 (SRU) |
| v. | |
| TOWN OF WEST HARTFORD,<br>Defendant. | November 3, 2003 |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-captioned case requests an extension of time of 14 days, from November 4, 2003 to November 18, 2003, within which to file her opposition to defendant's motion for summary judgment. This extension is necessary due to the unexpected illnesses of both counsel who have been responsible for this litigation. As of this time, Attorney Pulda, who had been lead counsel on this file, has not returned from medical leave and has not been able to assist with the completion of this brief. Undersigned counsel has returned from medical leave, but was released initially on a part-time basis. Despite diligent efforts, these facts combined with the press of business awaiting undersigned counsel upon her return have prevented her from completing her opposition brief within the time initially requested. Therefore, the plaintiff requests the additional 14 days in which to submit the plaintiff's opposition to defendant's motion for summary judgment. This is the plaintiff's second request for an extension of time. The plaintiff is confident that the opposition will be completed in this extended timeframe and that no further extension will be necessary. The defendant's

counsel, James Sconzo, has been contacted and consents to the granting of this extension.

Wherefore, the plaintiff respectfully requests that the Court grant this Motion for Extension of Time.

THE PLAINTIFF,

By: _____
Deborah L. McKenna ct17326
Gregg D. Adler ct05698
Ruth L. Pulda ct05697
Livingston, Adler, Pulda, Meiklejohn
 & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Extension of Time Within Which to File Plaintiff's Opposition to Summary Judgment has been mailed first-class, postage pre-paid on this 3rd day of November, 2003 to the following counsel of record:

James M. Sconzo
Kristi E. Mackin
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

Jennifer Bullock Majewski
Assistant Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Deborah L. McKenna