#43

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| LINDA AKERMAN, Plaintiff, | : : : | CIVIL ACTION NO. 301 CV 554 (SRU) |
| v. | : : | |
| TOWN OF WEST HARTFORD, Defendant. | : : : | November 3, 2003 |

2003 NOV -4  A 11: 50

US DISTRICT COURT
BRIDGEPORT CT

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff in the above-captioned case requests an extension of time of 14 days, from November 4, 2003 to November 18, 2003, within which to file her opposition to defendant's motion for summary judgment. This extension is necessary due to the unexpected illnesses of both counsel who have been responsible for this litigation. As of this time, Attorney Pulda, who had been lead counsel on this file, has not returned from medical leave and has not been able to assist with the completion of this brief. Undersigned counsel has returned from medical leave, but was released initially on a part-time basis. Despite diligent efforts, these facts combined with the press of business awaiting undersigned counsel upon her return have prevented her from completing her opposition brief within the time initially requested. Therefore, the plaintiff requests the additional 14 days in which to submit the plaintiff's opposition to defendant's motion for summary judgment. This is the plaintiff's second request for an extension of time. The plaintiff is confident that the opposition will be completed in this extended timeframe and that no further extension will be necessary. The defendant's

GRANTED, ABSENT OBJECTION.
SO ORDERED. /s/ [signature] 11/4/03
[Judge], U.S.D.J.

FILED
2003 NOV -4 A [  ]
US DISTRICT COURT
BRIDGEPORT CT