## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2003 NOV 18 P 3: 43

| | |
|---|---|
| LINDA AKERMAN,<br>       Plaintiff, | CIVIL ACTION NO.<br>301 CV 554 (SRU) |
| v. | |
| TOWN OF WEST HARTFORD,<br>       Defendant. | November 18, 2003 |

### PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Plaintiff Linda Akerman respectfully moves the Court for permission to file the attached Plaintiff's Opposition to Defendant's Memorandum of Law in Support of its Motion for Summary Judgment.

The filing is pages seven (7) longer than contemplated by the Local Rules. The defendant has previously been granted permission to file a summary judgment brief of forty-six (46) pages, six (6) pages in excess of the 40 page limit. The plaintiff requires the additional pages to provide a complete record of both the factual dispute and legal claims for this Court. The defendant moved for summary judgment on all claims alleged by the plaintiff, and raised a number of arguments that required detailed analysis, at least one of which is a matter of first impression for this Court. Additionally, there are a significant number of disputed factual issues in this matter, and support for the plaintiff's opposition was culled from numerous deposition transcripts and exhibits. The plaintiff made every effort to present a complete, but concise Opposition, within the stated page limit, but needed to exceed that limit by seven (7) pages.

Therefore the plaintiff seeks this Court's permission to exceed the page limit contained in D. Conn. L. Civ. Rule 9(a)(2).

WHEREFORE, plaintiff respectfully requests permission to exceed the page limit with respect to her Memorandum, submitted herewith.

RESPECTFULLY SUBMITTED,

THE PLAINTIFF

By: _____
Deborah L. McKenna ct17326
Gregg D. Adler ct05698
Ruth L. Pulda ct05697
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Plaintiff's Motion for Permission to Exceed the Page Limit has been mailed first-class, postage pre-paid on this 18th day of November, 2003 to the following counsel of record:

James M. Sconzo
Kristi E. Mackin
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

Jennifer Bullock Majewski
Assistant Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107

_____
Deborah L. McKenna