# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

2003 NOV 18 P 3: 43

| | |
|---|---|
| LINDA AKERMAN,<br>　　　　Plaintiff, | CIVIL ACTION NO.<br>301 CV 554 (SRU) |
| v. | |
| TOWN OF WEST HARTFORD,<br>　　　　Defendant. | November 18, 2003 |

### PLAINTIFF'S MOTION FOR PERMISSION TO EXCEED THE PAGE LIMIT FOR PLAINTIFF'S OPPOSITION TO DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Plaintiff Linda Akerman respectfully moves the Court for permission to file the attached Plaintiff's Opposition to Defendant's Memorandum of Law in Support of its Motion for Summary Judgment.

The filing is pages seven (7) longer than contemplated by the Local Rules. The defendant has previously been granted permission to file a summary judgment brief of forty-six (46) pages, six (6) pages in excess of the 40 page limit. The plaintiff requires the additional pages to provide a complete record of both the factual dispute and legal claims for this Court. The defendant moved for summary judgment on all claims alleged by the plaintiff, and raised a number of arguments that required detailed analysis, at least one of which is a matter of first impression for this Court. Additionally, there are a significant number of disputed factual issues in this matter, and support for the plaintiff's opposition was culled from numerous deposition transcripts and exhibits. The plaintiff made every effort to present a complete, but concise Opposition, within the stated page limit, but needed to exceed that limit by seven (7) pages.

[Handwritten margin note: Granted. The clerk shall docket the opposition memorandum. So ordered. /s/ SRU 11/30/03]