FILED

2003 DEC -3 A II: 14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA AKERMAN,<br>Plaintiff, | : <br> : <br> : | CIVIL ACTION<br>NO. 3:01 CV 554 (SRU) |
| V. | : <br> : | |
| TOWN OF WEST HARTFORD,<br>Defendant | : <br> : | December 3, 2003 |

### APPEARANCE

Enter my Appearance as Attorney for the defendant, **Town of West Hartford**, in the above-entitled case.

Dated at Hartford, Connecticut this 3rd day of December, 2003.

DEFENDANT,
TOWN OF WEST HARTFORD

By_____
James M. Sconzo
Fed. Bar #ct 04571
Jonathan C. Sterling
Fed. Bar. # ct 24576
Halloran & Sage
One Goodwin Square
Hartford, CT 06103
(860)522-6103
Its Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 3rd day of December 2003, I hereby mailed via first class mail or hand-delivered a copy of the foregoing to:

Deborah L. McKenna
Gregg D. Adler
Ruth L. Pulda, Esq.
Livingston, Adler,
Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT  06105-2922

_____
Jonathan C. Sterling

490748.1(HSFP)

2

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105