FILED

2003 DEC -3 A 11: 14

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA AKERMAN,<br>Plaintiff, | : <br> : <br> : | CIVIL ACTION<br>NO. 3:01 CV 554 (SRU) |
| V. | : <br> : | |
| TOWN OF WEST HARTFORD,<br>Defendant | : <br> : | December 3, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to L.Civ.R. 7(b)(3) and (d), the defendant, Town of West Hartford, respectfully requests an additional twenty-nine (29) days, to and including January 2, 2004, during which to file its reply to the plaintiff's Opposition to Defendant's Motion for Summary Judgment. The defendant received this Opposition and supporting memorandum, a forty-seven (47) page document, on November 21, 2003, and requires the additional time to adequately formulate a meaningful response to the plaintiff's lengthy and complicated arguments, especially in light of the intervening Thanksgiving holiday.

The undersigned has contacted attorney for the plaintiff, Deborah L. McKenna, who indicated that she has no objection to this motion. This is the defendant's first motion for an extension of time regarding this deadline.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT,
TOWN OF WEST HARTFORD

By _____
James M. Sconzo
Fed. Bar #ct 04571
Jonathan C. Sterling
Fed. Bar. # ct 24576
Halloran & Sage
One Goodwin Square
Hartford, CT 06103
(860)522-6103
Its Attorneys

## CERTIFICATION

This is to certify that on this 3rd day of December 2003, I hereby mailed via first class mail or hand-delivered a copy of the foregoing to:

Deborah L. McKenna
Gregg D. Adler
Ruth L. Pulda, Esq.
Livingston, Adler,
Pulda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

_____
Jonathan C. Sterling

490740.1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105