01CV554 MEXTTIME
01CV554 end

FILED

2003 DEC -3 A 11: 14

US [...]

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA AKERMAN, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 3:01 CV 554 (SRU) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF WEST HARTFORD, | : | December 3, 2003 |
| Defendant | : | |

### MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to L.Civ.R. 7(b)(3) and (d), the defendant, Town of West Hartford, respectfully requests an additional twenty-nine (29) days, to and including January 2, 2004, during which to file its reply to the plaintiff's Opposition to Defendant's Motion for Summary Judgment. The defendant received this Opposition and supporting memorandum, a forty-seven (47) page document, on November 21, 2003, and requires the additional time to adequately formulate a meaningful response to the plaintiff's lengthy and complicated arguments, especially in light of the intervening Thanksgiving holiday.

The undersigned has contacted attorney for the plaintiff, Deborah L. McKenna, who indicated that she has no objection to this motion. This is the defendant's first motion for an extension of time regarding this deadline.

GRANTED; ABSENT OBJECTION.
SO ORDERED /s/ Stefan R. Underhill, U.S.D.J. 12/8/03

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105