TOTAL TIME: **1** hours **45** minutes     DEPUTY CLERK **Montz**     HONORABLE **Stefan Underhill**     RPTR/ERO/TAPE **Cotura**

DATE **4-7-04**     START TIME **11:00**     END TIME **12:45**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv554 (SRU)**

**Akerman**
vs.
**West Hartford, et al**

Plaintiff's Counsel: **Deborah McKenna**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendant's Counsel: **Jim Sconzo**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (mischrg.) Miscellaneous Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☑ **#34** Motion ~~for Summary Judgment~~    ☑ granted (as to retaliation claims)   ☑ denied (as to discrimination claims)

The Court orders the parties to confer.