UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA AKERMAN,<br>    Plaintiff | NO. 3:01CV554 (SRU) |
| v. | |
| TOWN OF WEST HARTFORD,<br>WILLIAM H. AUSTIN and BARRY<br>M. FELDMAN<br>    Defendants | APRIL 6, 2004 |

## APPEARANCE

To:    Chief Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Please enter the appearance of PATRICK G. ALAIR as counsel for defendants, TOWN OF WEST HARTFORD, WILLIAM H. AUSTIN and BARRY FELDMAN, in the above-captioned matter. This appearance is in lieu of the appearance of JENNIFER BULLOCK MAJEWSKI of the Corporation Counsel's Office already on file.

14181.1

DEFENDANTS

By _____
Patrick G. Alair
Deputy Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107
Telephone 860-523-3171
Fax No. 860-523-3162
Federal Bar Number ct06533

**CERTIFICATION**

I hereby certify that on the 6th day of April, 2004, a copy of the foregoing was mailed, postage prepaid, to all counsel of record as follows:

Ruth L. Pulda, Esq.
Deborah L. McKenna, Esq.
Livingston, Adler, Pulda, Meiklejohn & Kelly
557 Prospect Avenue
Hartford, CT 06105

James M. Sconzo, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Patrick G. Alair

14181.1

2