UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA AKERMAN | : | |
| | : | |
| v. | : | Civil Action No. |
| | : | 3:01cv554 (SRU) |
| TOWN OF WEST HARTFORD | : | |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

\_\_\_   All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_   A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_   To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_   A ruling on the following motions which are currently pending:  (orefm.)

_X_   A settlement conference (orefmisc./cnf)

\_\_\_   A conference to discuss the following:  (orefmisc./cnf) _____

\_\_\_   Other:  (orefmisc./misc) _____

SO ORDERED this 30th day of April 2004, at Bridgeport, Connecticut.

                                                      /s/ Stefan R. Underhill
                                                      Stefan R. Underhill
                                                      United States District Judge