UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
LINDA AKERMAN,                : CIVIL ACTION NO.
      Plaintiff,          : 301 CV 554 (SRU)
v.                            :
                              :
TOWN OF WEST HARTFORD,        :
      Defendant.          :
_____: June 9, 2004

**MOTION FOR CONTINUANCE FOR FILING PRE-TRIAL MEMORANDUM**

      The plaintiff in the above-captioned case hereby requests a continuance for filing the joint pre-trial memorandum. This case was referred by Judge Underhill to Judge Garfinkel on April 30, 2004. On May 12, 2004, Judge Garfinkel ordered that a settlement conference would be held on July 22, 2004.[1] The plaintiff requests that the deadlines for the memorandum as well as the court calendar call be continued until the conclusion of this conference in order to avoid incurring additional costs in this matter. The defendant consents to the granting of this request.

      Wherefore, the plaintiff respectfully request that the Court grant this Motion for Continuance.

THE PLAINTIFF,

By: _____
Deborah L. McKenna  ct17326
Gregg D. Adler ct05698
Livingston, Adler, Pulda, Meiklejohn
  & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922
(860) 233-9821

---

[1] The undersigned counsel has learned through an associate that there may be some difficulty on the defendant's side with the July 22 date. However, it is her current understanding that the conference will proceed on July 22 and there has been no order by Judge Garfinkel to the contrary.

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing Motion for Continuance has been mailed first-class, postage pre-paid on this 9th day of June, 2004 to the following counsel of record:


James M. Sconzo
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303


Patrick G. Alair
Assistant Corporation Counsel
Town of West Hartford
50 South Main Street
West Hartford, CT 06107


_____
Deborah L. McKenna