UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LINDA AKERMAN | : | |
| | : | Civil Action No. |
| v. | : | 3:01cv554 (SRU) |
| TOWN OF WEST HARTFORD | : | |

**SCHEDULING ORDER**

This case shall proceed as follows:

1. The parties shall submit the joint pre-trial memorandum no later than **September 1, 2004.** Counsel shall appear in chambers on July 22, 2004 to schedule a date for trial.

It is so ordered.

Dated at Bridgeport this 17th day of June 2004.

                                                        /s/ Stefan R. Underhill
                                                        Stefan R. Underhill
                                                        United States District Judge