UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LINDA AKERMAN,<br>          Plaintiff,<br>v.<br><br>TOWN OF WEST HARTFORD,<br>          Defendant. | CIVIL ACTION NO.<br>301 CV 554 (SRU)<br><br><br><br>May 6, 2005 |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs to either party.

| THE PLAINTIFF,<br>Linda Akerman | THE DEFENDANT,<br>Town of West Hartford |
|---|---|
| By: _____<br>Deborah L. McKenna ct17326<br>Livingston, Adler, Pulda,<br>  Meiklejohn & Kelly, P.C.<br>557 Prospect Avenue<br>Hartford, CT 06105-2922<br>(860) 233-9821 | By: _____<br>James M. Sconzo ct04571<br>Halloran & Sage, LLP<br>One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103-4303<br>(860) 297-4602 |